IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CINDY WHITE as the surviving child of decedent, SHIRLEY ANN CRABLE And As Soon To Be Appointed Special Administrator Of The ESTATE OF SHIRLEY ANN CRABLE**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DIVERSICARE OF HUTCHINSON, LLC;**<br><br>**DIVERSICARE MANAGEMENT SERVICES LP;**<br><br>**DIVERSICARE HEALTHCARE SERVICES LLC**<br><br>**Defendants.** | Case No. 2:24-cv-02373<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41(a)(1)(ii), the parties stipulate that all claims asserted by Plaintiff, are dismissed **without prejudice**.

1

Respectfully Submitted,

STEELE LAW FIRM II, LLC

By: */s/ Dusty Gleason*
Dusty Gleason KS #79191
Jonathan Steele KS #24852
2029 Wyandotte, Suite 100
Kansas City, MO 64108
Ph: (816) 466-5947
Fax: (913) 416-9425
dusty@nursinghomeabuselaw.com
jonathan@nursinghomeabuselaw.com

**ATTORNEYS FOR PLAINTIFF**

h

By: /s/ Stephen H. Netherton
Stephen H. Netherton, #26039
Mackenzie M. Baxter, #27909
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Ste. 950
Wichita, KS 67202-2209
Telephone: (316) 265-7741
Facsimile: (316) 267-7803
E-mail: netherton@hitefanning.com
E-mail: baxter@hitefanning.com

Attorneys for Diversicare of Hutchinson, LLC, et al.

**CERTIFICATE OF SERVICE**

I hereby certify that the below-signed Attorney signed the original of the above and foregoing and is maintaining the original copy at said Attorney's office, and that on February 4, 2025 a copy of the above and foregoing was forwarded for service to a Court appointed process server.

*/s/ Dusty Gleason*
 Attorney for Plaintiff(s)